

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00367-CV
_____

MARY LEE COWDEN, APPELLANT

V.

DORIS AKERS AND CARL REX CORDELL, APPELLEES

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. V-102326-00-C, Honorable Ana Estevez, Presiding

May 22, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Mary Lee Cowden, has filed an unopposed motion to voluntarily dismiss her appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam